**Order entered August 25, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00878-CV

**BRANCH BANKING AND TRUST COMPANY, Appellant**

**V.**

**SWIG PARTNERS GP, LLC, ET AL., Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-03427**

## ORDER

We **GRANT** the August 20, 2015 motion of Felicia Pitre, Dallas County District Clerk, for an extension of time to file the clerk's record. The clerk's record shall be filed by **SEPTEMBER 21, 2015**.

/s/ ELIZABETH LANG-MIERS
JUSTICE